# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LARRY BICKHAM

NO. 2024 KW 0847

MARCH 10, 2025

---

In Re:   Larry Bickham, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 567022, 567023.

---

BEFORE:   **WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The district court erred in denying relator's motion to correct an illegal sentence. Relator's mandatory life sentence as a fourth felony habitual offender for his conviction of second-degree cruelty to a juvenile (count one) is vacated, and the matter is remanded to the district court for resentencing in light of **State v. Lyles**, 2019-0203 (La. 10/22/19), 286 So.3d 407.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT